# UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

**JOHN J. CARNEY**

        Plaintiff,

vs.

**JUAN S. MONTES, ET AL.**

        Defendant.

_____/

**Case No.: 3:12−CV−00183−RNC**

**AFFIDAVIT OF SERVICE**




*887934*

Pursuant to the request of **BAKER & HOSTETLER LLP**, received this process on **02/10/2012** at **3:49 PM** to be served upon:

**JUAN S. MONTES, MOVILWAY S.L.**

STATE OF FLORIDA
COUNTY OF DADE    ss.

I, **Dionisio Delgado**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **02/13/2012** at **10:18 AM**, I served the within **SUMMONS IN A CIVIL CASE / COMPLAINT / ORDER ON PRETRIAL DEADLINES / ELECTRONIC FILING ORDER / NOTICE TO COUNSEL** on **JUAN S. MONTES, MOVILWAY S.L.** at **20807 BISCAYNE BLVD, SUITE 400 , AVENTURA, FL 33180** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **DAN COHEN, MANAGER AUTHORIZED TO ACCEPT SERVICE** of the above named corporation and informing him/her of the contents.

I hereby certify that I am not a party to the above action or suit and I am over the age of 18 years.

X _____
**Dionisio Delgado**
Cert/Appt#: 1024 − Dade County
JOSE H. MEJIA, P.I. INC.
161 BENTLEY DRIVE
MIAMI SPRINGS, FL 33166
305−871−6477

Signed and sworn to before me on
this *13th* day of *February*, 20*12*
by an affiant who is personally known to me
or produced identification.

_____
Notary Public

NELSON ARRILLAGA
Notary Public - State of Florida
My Comm. Expires Jul 6, 2014
Commission # EE 6386

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOHN J. CARNEY,

V.                              **SUMMONS IN A CIVIL CASE**

JUAN S. MONTES, ET AL.,

CASE NUMBER: **3:12–CV–00183–RNC**

TO: **Juan S. Montes, Movilway S.L.**

Defendant's Address:

Movilway LLC
20807 Biscayne Blvd
Suite 400
Aventurea, FL 33180



A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Philip H. Bieler**
**Baker & Hostetler LLP–NY**
**45 Rockefeller Plaza**
**New York, NY 10111**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – A. Blue
_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2012–02–06 10:25:44.0**, Clerk
USDC CTD


887934