# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, et. al.<br><br>                                                        Plaintiff,<br><br>           -against-<br><br>JUAN S. MONTES, a.k.a. "BLACK," and MOVILWAY S.L.,<br><br>                                                        Defendants. | :<br>:<br>:<br>:<br>:   Case No. 12cv0183<br>:<br>:<br>:<br>:<br>:<br>:   **March 2, 2012** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DEFENDANT MOVILWAY S.L'S FIRST MOTION FOR AN EXTENSION OF THE TIME WITHIN WHICH TO PLEAD

The Defendant, Movilway S.L. hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7(b)(1)(a), for an extension of time, up to and including April 10, 2012, within which to plead or otherwise respond to the Complaint dated February 3, 2012.  In support of this Motion, Defendant represents the following:

1.     The Defendant has retained the law firm of Hughes Hubbard & Reed LLP to represent them in this case.

2.     This is Defendant's first motion for an extension of time within which to plead.

3.     Counsel for Plaintiffs does not oppose the extension requested in this motion.

4.	Movilway S.L. is a Spanish company with its headquarters in Madrid. It requires the requested extension of time to allow it to review and assess this matter to determine, among other things, how to respond to the Complaint.

5.	This is Movilway S.L's first request for an extension of time to respond to the Complaint herein.

**WHEREFORE**, the Defendant respectfully requests an extension of the deadline within which to plead or otherwise respond to the Complaint until April 10, 2012.

By:	/s/ William R. Maguire

William R. Maguire (CT23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
maguire@hugheshubbard.com

Tel: (212) 837-6000
Fax: (212) 299-6879

*Attorney for Defendant Movilway S.L.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

By:     /s/ William R. Maguire

William R. Maguire (CT 23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
maguire@hugheshubbard.com

Tel: (212) 837-6000
Fax: (212) 299-6879

*Attorney for Defendant Movilway S.L.*