# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

**APPEARANCE**

JOHN J. CARNEY, in his capacity as
Court-Appointed Receiver for Highview
Point Partners, LLC, et al.

CIVIL ACTION NO.
3:12 CV 000183 (RNC)

      Plaintiff,

      v.

JUAN S. MONTES and Movilway S.L.

           Defendants.


**To the Clerk of this court and all parties of record:**

      **Enter my appearance as counsel in this case for**

      **the defendant Juan S. Montes**

      **I certify that I am admitted to practice in this court.**

| | |
|---|---|
| March 28, 2012 | *(signature)* |
| *Date* | *Signature* |
| | |
| *CT04274* | **David L. Belt**<br>**HURWITZ, SAGARIN, SLOSSBERG**<br>**& KNUFF, LLC** |
| *Connecticut Federal Bar Number* | *Print Name* |
| (203) 877-8000   (203) 878-9800 | 147 N. Broad Street |
| *Telephone*        *Facsimile* | *Address* |

*Email: DBelt@hssklaw.com*

| | | |
|---|---|---|
| Milford | CT | 06460 |
| *City* | *State* | *Zip Code* |

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was sent electronically by notification of the Court's electronic system on March 28, 2012.**

David L. Belt