UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, et al.<br><br>Plaintiff,<br><br>v.<br><br>JUAN S. MONTES and MOVILWAY S.L.<br><br>Defendants. | Civil Action No.<br>3:12CV 0183 (RNC)<br><br>March 30, 2012 |

**INITIAL MOTION BY DEFENDANT JUAN S. MONTES FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR MOTION ADDRESSED TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), defendant Juan S. Montes respectfully moves for an initial extension of time of thirty (30) days, up to and including May 10, 2012, to file an answer or motion addressed to the Complaint.

In support of this motion, defendant Montes represents as follows:

1. This is defendant Montes' initial motion for an extension of time to file an answer or motion addressed to the Complaint.

2. Counsel for defendant Montes has inquired of counsel for plaintiffs, Jonathan New, who has stated that plaintiff does not object to the granting of this motion.

3. The additional time requested is needed to investigate the allegations of the Complaint and available defenses and to prepare an appropriate response to the Complaint.

23634012v1

THE DEFENDANT
JUAN MONTES

By /s/ David L. Belt
David L. Belt (ct04274)
HURWITZ, SAGARIN, SLOSSBERG
   & KNUFF, LLC
147 North Broad Street
P.O. Box 112
Milford, CT  06460-0112
Tele: (203) 877-8000
Fax: (203) 878-9800

-and-

Matthew E. Fishbein
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tele: (212) 909-6000
Fax: (212) 909-6836
Email: mfishbein@debevoise.com
Email: egreenfield@debevoise.com


Eric J. Shames
ERIC J. SHAMES, ESQ. P.C.
301 East 79th Street, Suite 32B
New York, New York 10075
Tel: (212) 742-3104
Fax: (212) 933-1433
Email: eshames@aol.com

23634012v1

Certificate of Service

This is to certify that on March 30, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

_____
David L. Belt

3

23634012v1