UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, I, LTD.<br><br>       Plaintiff,<br><br>  v.<br><br>JUAN S. MONTES, a.k.a. "BLACK," and MOVILWAY S.L.,<br><br>       Defendants. | Civil Action No. 12-cv-183 (RNC)<br><br>APPEARANCE OF COUNSEL |

  The undersigned counsel, ROBERTSON D. BECKERLEGGE, of the law firm of Baker & Hostetler LLP, hereby gives notice of his appearance in this case on behalf of the Receiver, John J. Carney, Esq., and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by order of the Court.

I certify that I am admitted to practice in this Court.

Dated: April 3, 2012
      New York, New York

                                            /s/ Robertson D. Beckerlegge
                                       Robertson D. Beckerlegge (phv05276)
                                       BAKER & HOSTETLER LLP
                                       45 Rockefeller Plaza, 11th Floor
                                       New York, NY 10111
                                       rbeckerlegge@bakerlaw.com
                                       Tel: (212) 589-4200
                                       Fax: (212) 589-4201

                                       *Attorney for Receiver John J. Carney, Esq.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012, a copy of the foregoing appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Robertson D. Beckerlegge
Robertson D. Beckerlegge (phv05276)