UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, COURT-APPOINTED RECEIVER, ET AL., | : : : |
| Plaintiffs, | : : |
| V. | : CASE NO. 3:12cv0183 (RNC) |
| JUAN MONTES ET AL., | : : |
| Defendants. | : |

ORDER

In the interest of justice, the above identified case is hereby transferred to <u>Judge Stefan R. Underhill</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Bridgeport</u> and bear the docket number <u>3:12cv0183 (SRU)</u>

So ordered.

Dated at Hartford, Connecticut this 4th day of April 2012.

/s/ RNC
Robert N. Chatigny
United States District Judge
