## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, et. al. | : <br> : <br> : <br> : |
| Plaintiff, | : Case No. 3:12-CV-00183-RNC <br> : |
| -against- | : <br> : |
| JUAN S. MONTES, a.k.a. "BLACK," and MOVILWAY S.L., | : <br> : |
| Defendants. | **April 9, 2012** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DEFENDANT MOVILWAY S.L'S SECOND MOTION FOR AN EXTENSION OF THE TIME WITHIN WHICH TO PLEAD

The Defendant, Movilway S.L. hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7(b)(2), for an extension of time, up to and including May 10, 2012, within which to plead or otherwise respond to the Complaint dated February 3, 2012. In support of this Motion, Defendant represents the following:

1. This is Defendant's second motion for an extension of time within which to plead.

2. Counsel for Plaintiffs does not oppose the extension requested in this motion.

3. Defendant requests a further extension of time because Defendant and the Court-Appointed Receiver are engaged in settlement negotiations through their respective counsel and require this additional extension of time to determine whether a settlement of the claims asserted

in the Complaint is possible.

**WHEREFORE**, the Defendant respectfully requests an extension of the deadline within which to plead or otherwise respond to the Complaint until May 10, 2012.

By: /s/ William R. Maguire

William R. Maguire (CT 23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
maguire@hugheshubbard.com

Tel: (212) 837-6000
Fax: (212) 299-6879

*Attorney for Defendant Movilway S.L.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

        By:    /s/ William R. Maguire

        William R. Maguire (CT 23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
maguire@hugheshubbard.com

Tel: (212) 837-6000
Fax: (212) 299-6879

*Attorney for Defendant Movilway S.L.*