UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, et al.<br><br>Plaintiff,<br><br>v.<br><br>JUAN S. MONTES and MOVILWAY S.L.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  3:12CV 0183 (SRU)<br>)<br>)<br>)<br>)<br>)<br>)  April 27, 2012 |

**INITIAL MOTION BY DEFENDANT JUAN S. MONTES FOR AN EXTENSION OF TIME TO CONDUCT PARTIES' PLANNING CONFERENCE PURSUANT TO D. CONN. L. CIV. R. 26(f)(1)**

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), defendant Juan S. Montes respectfully moves for an initial extension of time to July 2, 2012 or fourteen days after defendant Juan S. Montes' anticipated motion to dismiss is fully briefed, whichever is later, for the parties to conduct their planning conference pursuant to D. Conn. L. Civ. R. 26(f)(1).

In support of this motion, defendant Montes represents as follows:

1. This is defendant Montes' initial motion for an extension of time to conduct the parties' planning conference pursuant to D. Conn. Local Rule 26(f)(1).

2. Counsel for defendant Montes has inquired of counsel for plaintiffs, Jonathan B. New, who has stated that plaintiff agrees that this motion should be granted.

3. On April 2, 2012, the Court granted the initial motion of defendant Montes for an extension of time until May 10, 2012 to file an answer or a motion addressed to the Complaint.

4. Defendant Montes anticipates that he will file a motion to dismiss the Complaint.

5.  It is appropriate to extend the time by which the parties must conduct their planning conference pursuant to Local Rule 26 (f)(1) because defendant Montes' motion to dismiss will affect the scope of this action, the extent and nature of the discovery necessary and the time the parties will need to conduct such discovery.

THE DEFENDANT
JUAN MONTES

By_____
David L. Belt (ct04274)
HURWITZ, SAGARIN, SLOSSBERG
    & KNUFF, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112
Tele: (203) 877-8000
Fax: (203) 878-9800

-and-

Michael B. Mukasey
Matthew E. Fishbein
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tele: (212) 909-6772
Fax: (212) 521-7972
mbmukasey@debevoise.com
mfishbein@debevoise.com
egreenfield@debevoise.com


Eric J. Shames
ERIC J. SHAMES, ESQ. P.C.
301 East 79th Street, Suite 32B
New York, New York 10075
Tel: (212) 742-3104
Fax: (212) 933-1933
Email: eshames@aol.com

<u>Certificate of Service</u>

This is to certify that on April 27, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

_____
David L. Belt