UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS )<br>COURT-APPOINTED RECEIVER, FOR )<br>HIGHVIEW POINT PARTNERS, LLC, et al. )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>JUAN S. MONTES and )<br>MOVILWAY S.L. )<br>)<br>Defendants. ) | Civil Action No.<br>3:12 CV 0183 (SRU) |

NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant Juan S. Montes.

By:   /s/ Matthew E. Fishbein
Matthew E. Fishbein PHV 05314
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tele: (212) 909-6000
Fax: (212) 909-6836
Email: mfishbein@debevoise.com

Certificate of Service

This is to certify that on April 30, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

      /s/ Matthew E. Fishbein
Matthew E. Fishbein