# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS | ) | |
| COURT-APPOINTED RECEIVER, FOR | ) | |
| HIGHVIEW POINT PARTNERS, LLC, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| | ) | 3:12 CV 0183 (SRU) |
| v. | ) | |
| | ) | |
| JUAN S. MONTES and | ) | |
| MOVILWAY S.L. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for defendant Juan S. Montes.


By: ___ /s/ Eric J. Shames ___
Eric J. Shames PHV 05313
ERIC J. SHAMES, ESQ., P.C.
301 East 79th St., Suite 32B
New York, NY 10075
Tel: (917) 742-3104
Fax: (212) 933-1433
Email: eshames@aol.com

<u>Certificate of Service</u>

This is to certify that on May 2, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.


        /s/ Eric J. Shames
Eric J. Shames