UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS ) <br> COURT-APPOINTED RECEIVER, FOR ) <br> HIGHVIEW POINT PARTNERS, LLC, et al. ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> JUAN S. MONTES and ) <br> MOVILWAY S.L. ) <br> ) <br> Defendants. ) | Civil Action No. <br> 3:12CV 0183 (SRU) <br><br><br><br> May 8, 2012 |

**SECOND MOTION BY DEFENDANT JUAN S. MONTES FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR MOTION ADDRESSED TO THE COMPLAINT AND MOTION FOR BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), defendant Juan S. Montes respectfully moves for an initial extension of time of thirty (30) days, up to and including June 11, 2012, to file an answer or motion addressed to the Complaint, that plaintiff be granted an extension of time of an additional nine (9) days, up to and including the earlier of thirty (30) days after defendant Montes files his motion to dismiss or July 11, 2012, to file his brief in opposition to defendant Montes' motions to dismiss, and that defendant Montes be granted an extension of time of seven (7) days, up to and including the earlier of twenty-one (21) days after plaintiff has filed his brief in opposition or August 1, 2012, to file his reply brief.

In support of this motion, defendant Montes represents as follows:

1. This is defendant Montes' second motion for an extension of time to file an answer or motion addressed to the Complaint and the first motion to set a briefing schedule with respect to defendant Montes' anticipated motions to dismiss.

2. Counsel for defendant Montes has inquired of counsel for plaintiffs, Jonathan New, who has stated that plaintiff agrees that this motion should be granted.

3. There is good cause for the granting of this motion in that serious settlement negotiations are underway between the plaintiff and co-defendant Movilway S.L. Counsel for plaintiff and defendant Montes have discussed the anticipated grounds for defendant Montes' motions to dismiss and the resolution of those claims asserted against co-defendant Movilway S.L. would have a significant impact on the content of defendant Montes' motion to dismiss by eliminating consideration of a number of causes of action. In addition, it would be helpful to both parties to establish a briefing schedule concerning the motions at this time so that they can plan their time accordingly.

THE DEFENDANT
JUAN MONTES

By_____
David L. Belt (ct04274)
HURWITZ, SAGARIN, SLOSSBERG
        & KNUFF, LLC
147 North Broad Street
Milford, CT  06460-0112
Tele: (203) 877-8000
Fax: (203) 878-9800
DBelt@hssklaw.com

-and-

Michael B. Mukasey
Matthew E. Fishbein
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
Tele: (212) 909-6772
Fax: (212) 521-7972
mbmukasey@debevoise.com
mfishbein@debevoise.com
egreenfield@debevoise.com

2

Eric J. Shames
ERIC J. SHAMES, ESQ. P.C.
301 East 79th Street, Suite 32B
New York, New York 10075
Tel: (212) 742-3104
Fax: (212) 933-1933
Email: eshames@aol.com

Certificate of Service

This is to certify that on May 8, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

_____
David L. Belt