**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, I, LTD.<br><br>                             Plaintiff,<br><br>     v.<br><br>JUAN S. MONTES, a.k.a. "BLACK," and MOVILWAY S.L.,<br>                             Defendants. | Civil Action No. 12-cv-183 (SRU)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**MOTION FOR ADMISSION OF COUNSEL** *PRO HAC VICE* |

Pursuant to Local Rule 83.1(d), undersigned counsel, Ona T. Wang, as a member of the Bar of this Court, moves this Court for an Order authorizing Amy E. Vanderwal from the law firm of Baker & Hostetler, LLP to appear as a visiting lawyer and represent the Receiver, John J. Carney, Esq., *pro hac vice*.

In support of this motion, I state as follows:

1. I am a partner at Baker & Hostetler, LLP, and counsel to the Receiver in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge and based on the accompanying affidavit in support of my Motion for Admission of counsel to represent the Receiver.

2. I am a member in good standing of the bars of the States of Connecticut and New York, and was admitted to practice law in Connecticut in 1998 and in New York in 1999. I am also admitted to practice in the United States District Courts of the District of Connecticut, the Southern District of New York, the Eastern District of New York, the United States Courts of Appeal for the Second and Eleventh Circuits, and the United States Supreme Court. I was admitted to practice in the District of Connecticut on October 3, 2008.

3. I have known each the Applicant since she joined Baker and Hostetler, LLP on March 2, 2009.

4. Amy E. Vanderwal is an associate at Baker and Hostetler, LLP in New York, New York. and is a member in good standing of the bar of the State of New York (bar # 4419008), and was admitted to practice law in 2006 in New York. She is also admitted to practice in the United States District Court, Southern District of New York and United States District Court, Eastern District of New York, and is a member of good standing in each of these Courts.  She is experienced in Federal practice and familiar with the Federal Rules of Procedure

and has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

In further support of this motion, the undersigned states that there are no pending disciplinary proceedings against the Applicant in any state or federal court.

WHEREFORE, the undersigned respectfully requests that the Court enter the attached order granting the motion for admission *pro hac vice* of the Applicant.

Respectfully submitted this 9th day of May, 2012.

/S/ Ona T. Wang
Ona T. Wang (ct27836)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
owang@bakerlaw.com
Tel: (212) 589-4200
Fax: (212) 589-4201

*Attorney for Receiver*

## AFFIDAVIT OF AMY E. VANDERWAL IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

New York, New York )

               ss:

AMY E. VANDERWAL, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Baker & Hostetler, LLP, counsel for the Receiver, John J. Carney, Esq., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Motion to Admit counsel *pro hac vice* to represent the Receiver in this matter. My contact information is as follows:

   | Firm Name: | Baker & Hostetler, LLP |
   |---|---|
   | Address: | 45 Rockefeller Plaza, 11th Floor |
   | City/State/Zip: | New York, New York 10111 |
   | Telephone/Fax: | 212-589-4612/212-589-4201 |
   | Email Address: | avanderwal@bakerlaw.com |

2. I am a member in good standing of the bar of the State of New York (bar # 4419008), and was admitted to practice law in 2006 in New York. I am also admitted to practice in the United States District Court, Southern District of New York and United States District Court, Eastern District of New York, and am a member of good standing in each of these Courts.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

4. I am experienced in federal practice and am familiar with the Federal Rules of Civil and Criminal Procedure. I have also reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

5.  I designate Ona T. Wang as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Dated: April 26th, 2012

Notarized:

MAGDALENA CHARLOTTEN
NOTARY PUBLIC, State of New York
No. 01CH6059474
Qualified in New York County
Certificate Filed in Kings, Queens,
Westchester, Bronx Counties
Commission Expires May 29, 20__

Respectfully submitted,

Amy E. Vanderwal

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2012, a copy of the foregoing motion was filed electronically and served by mail on any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                       /s/ Ona T. Wang_____
                                              Ona T. Wang (ct27836)