UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JOHN J. CARNEY, IN HIS CAPACITY AS            :
COURT-APPOINTED RECEIVER, FOR                 :
HIGHVIEW POINT PARTNERS, LLC, et. al.         :
                                              :
            Plaintiff,                        :   Case No. 3:12-CV-00183-RNC
                                              :
    -against-                                 :
                                              :
JUAN S. MONTES, a.k.a. "BLACK," and            :
MOVILWAY S.L.,                                :
                                              :
            Defendants.                       :   **May 9, 2012**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X


**DEFENDANT MOVILWAY S.L.'S THIRD MOTION FOR AN
EXTENSION OF THE TIME WITHIN WHICH TO PLEAD
OR OTHERWISE RESPOND TO THE COMPLAINT**


Defendant, Movilway S.L. hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7(b)(2), for an extension of time, up to and including June 11, 2012, within which to plead or otherwise respond to the Complaint dated February 3, 2012.  In support of this motion, Defendant represents the following:

1.  This is Defendant's third motion for an extension of time within which to respond to the Complaint.

2.  Counsel for Plaintiff consents to the extension requested in this motion.

3.  Defendant requests a further extension of time because Defendant and the Court-Appointed Receiver continue to engage in settlement negotiations through their respective

counsel and require additional time to determine whether a settlement of the claims asserted in the Complaint is possible.

**WHEREFORE**, Defendant respectfully requests an extension of the deadline within which to plead or otherwise respond to the Complaint until June 11, 2012.

By: /s/ Christopher Paparella

Christopher Paparella (ct28901)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
paparella@hugheshubbard.com
Tel: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Defendant Movilway S.L.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By:  /s/ Christopher Paparella

Christopher Paparella (ct28901)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
paparella@hugheshubbard.com
Tel: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Defendant Movilway S.L.*