UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS | ) | |
| COURT-APPOINTED RECEIVER, FOR | ) | |
| HIGHVIEW POINT PARTNERS, LLC, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| | ) | 3:12CV 0183 (SRU) |
| v. | ) | |
| | ) | |
| JUAN S. MONTES and | ) | |
| MOVILWAY S.L. | ) | |
| | ) | |
| Defendants. | ) | June 8, 2012 |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR
MOTION ADDRESSED TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), plaintiff John J. Carney, in

his capacity as Receiver, and defendant Juan S. Montes (collectively, "the Parties") respectfully

move for an extension of time of thirty (30) days, up to and including July 11, 2012, to file an

answer or motion addressed to the Complaint.

In support of this motion, the Parties represent as follows:

1.      This is the Parties' first joint motion for an extension of time to file an answer or

motion addressed to the Complaint and motion for a briefing schedule.  Defendant previously

filed two motions for an extension of time to file an answer or motion addressed to the

Complaint.

2.      There is good cause for the granting of this motion in that counsel for the

Receiver, Jonathan New, has advised that a settlement has been reached in principle with

Movilway S.L., the other defendant in this action.  Counsel for the Receiver has informed

Defendant that when the settlement is finalized, the Receiver anticipates making certain court

filings that are likely to have a significant impact on the content of defendant Montes' motion to

dismiss and  reduce the number of issues that will be submitted to the Court for consideration.


PLAINTIFF JOHN J. CARNEY AS
COURT APPOINTED RECEIVER

By: /s/ Jonathan B. New
Jonathan B. New (phv04633)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
jnew@bakerlaw.com
Tele: (212) 589-4200
Fax: (212) 589-4201
*Attorney for Receiver*

DEFENDANT JUAN S. MONTES

By: _____
David L. Belt (ct 04274)
HURWITZ, SAGARIN, SLOSSBERG
     & KNUFF, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112
Tele: (203) 877-8000
Fax: (203) 878-9800

-and-

Michael B. Mukasey
Matthew E. Fishbein
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tele: (212) 909-6772
Fax: (212) 521-7972
mbmukasey@debevoise.com
mfishbein@debevoise.com
egreenfield@debevoise.com

Eric J. Shames
ERIC J. SHAMES, ESQ. P.C.
301 East 79th Street, Suite 32B
New York, NY 10075
Tel: (212) 742-3104
Fax (212) 933-1933
eshames@aol.com

*Attorneys for Juan S. Montes*

<u>Certificate of Service</u>

This is to certify that on June 8, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

David L. Belt