UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
JOHN J. CARNEY, IN HIS CAPACITY AS            :
COURT-APPOINTED RECEIVER, FOR                 :
HIGHVIEW POINT PARTNERS, LLC, et. al.         :
                                              :
               Plaintiff,                     :   Case No. 3:12-CV-00183-RNC
                                              :
          -against-                           :
                                              :
JUAN S. MONTES, a.k.a. "BLACK," and           :
MOVILWAY S.L.,                                :
                                              :
               Defendants.                    :   June 11, 2012
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**DEFENDANT MOVILWAY S.L.'S FOURTH MOTION FOR AN
EXTENSION OF THE TIME WITHIN WHICH TO PLEAD
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Movilway S.L. hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7(b)(2), for an extension of time, up to and including July 10, 2012, within which to plead or otherwise respond to the Complaint dated February 3, 2012. In support of this motion, Defendant represents the following:

1. This is Defendant's fourth motion for an extension of time within which to respond to the Complaint.

2. Counsel for Plaintiff consents to the extension requested in this motion.

3. Defendant requests a further extension of time because Defendant and the Court-Appointed Receiver have executed a settlement agreement but require additional time for the settlement payment to clear.

**WHEREFORE**, Defendant respectfully requests an extension of the deadline within which to plead or otherwise respond to the Complaint until July 10, 2012.

By: /s/ Christopher Paparella

Christopher Paparella (ct28901)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
paparella@hugheshubbard.com
Tel: (212) 837-6000
Fax: (212) 422-4726

*Attorneys for Defendant Movilway S.L.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                              By:  /s/ Christopher Paparella

                                                    Christopher Paparella (ct28901)
                                                    HUGHES HUBBARD & REED LLP
                                                    One Battery Park Plaza
                                                    New York, NY 10004
                                                    paparella@hugheshubbard.com
                                                    Tel: (212) 837-6000
                                                    Fax: (212) 422-4726

                                                    *Attorneys for Defendant Movilway S.L.*