UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>JUAN S. MONTES and MOVILWAY S.L.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.<br>: 3:12CV 0183 (SRU)<br>:<br>:<br>:<br>:<br>:<br>: June 15, 2012 |

### APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendant, Juan S. Montes.

                            THE PLAINTIFF

                            BY: _____
                            John P. DiManno ct28959
                            HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC
                            147 North Broad Street
                            Milford, Connecticut 06460
                            (203) 877-8000 (telephone)
                            (203) 878-9800 (facsimile)
                            jdimanno@hssklaw.com

2

<u>Certificate of Service</u>

This is to certify that on June 15, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

_____
John P. DiManno