UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, I, LTD.<br><br>                            Plaintiff,<br>    v.<br><br>JUAN S. MONTES a/k/a "BLACK," and MOVILWAY S.L.,<br><br>                            Defendants. | Civil Action No. 12-cv-183 (SRU) |

**STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT AND
EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, on February 3, 2012, John J. Carney, Esq. (the "Receiver"), in his capacity

as court-appointed receiver to the Michael Kenwood Group LLC (the "MK Group") and certain

affiliated entities (the "Receivership Entities") in *Securities and Exchange Commission v. Illarramendi, Michael Kenwood Capital Management, LLC et al.*, C.A. No. 3:11-cv-00078 (JBA), commenced the above-captioned action (the "Action") by filing a complaint (the "Complaint") against Defendants Juan S. Montes and Movilway S.L. ("Movilway"); and

WHEREAS, on May 23, 2012, the Receiver reached a settlement with Movilway and agreed to dismiss with prejudice all claims against Movilway; and

WHEREAS, on July 3, 2012, certain conditions of the settlement having been satisfied, the Receiver filed a Notice of Voluntary Dismissal With Prejudice, dismissing Movilway from the Action; and

WHEREAS, the Defendant currently has until July 11, 2012 to file an answer or motion addressed to the Complaint;

WHEREAS, upon discussion with counsel for Defendant Montes, the parties agree that the Receiver should be allowed time to file an amended complaint (the "First Amended Complaint"), removing all claims against Movilway, removing the Second, Third, Fourth, and Sixth Causes of Action against Defendant Montes without prejudice, and making other amendments deemed appropriate by the Receiver in light of the dismissal of Movilway, prior to any responsive pleading or motion is filed by Defendant Montes; and

WHEREAS, the Receiver desires to maintain his right to amend the First Amended Complaint within twenty-one (21) days after service of a responsive pleading or after service of a motion under Fed. R. Civ. P. 12(b), (e), or (f), without seeking leave of Court as permitted by Fed. R. Civ. P. 15(a)(1)(B);

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. Defendant Montes consents to granting the Receiver the opportunity to amend the complaint prior to the service of any responsive pleading or motion, with any such First Amended complaint to be filed by July 11, 2012;

2. Defendant Montes's time to file an answer or motion addressed to the First Amended Complaint shall be extended from July 11, 2012 up to and including August 10, 2012;

3. Defendant Montes consents to the Receiver filing a Second Amended Complaint, without leave of court, within twenty-one (21) days after service of a responsive pleading or twenty-one (21) days after service of a motion under Rule 12(b), (e), or (f).

4. If Defendant Montes files a dispositive motion with respect to the First Amended Complaint, and the Receiver does not file a Second Amended Complaint within twenty-one days, then: (i) the Receiver shall file his opposition papers on or before September 10, 2012; and (ii) Defendant Montes shall file his reply papers on or before October 1, 2012.

5. This Stipulation serves as the written consent of Defendant Montes for the Receiver to file a Second Amended Complaint within twenty-one (21) days after service of a responsive pleading or twenty-one (21) days after service of a motion under Rule 12(b), (e), or

(f), as required by Fed. R. Civ. P. 15(a)(2).

Dated: July 5, 2012

| BAKER & HOSTETLER LLP | THE DEFENDANT JUAN S. MONTES |
|---|---|
| By:  /s/ Jonathan B. New | By:  /s/ David Belt |
| 45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>Jonathan B. New<br>Email:  jnew@bakerlaw.com<br><br>*Attorney for Receiver John J. Carney, Esq.* | David L. Belt (ct04274)<br>HURWITZ, SAGARIN, SLOSSBERG,<br>& KNUFF LLC<br>147 North Broad Street<br>P.O. Box 112<br>Milford, Connecticut 06460-0112<br>Telephone: (203) 877-8000<br>Facsimile: (203) 878-9800 |

                                        -and-

Michael B. Mukasey
Matthew E. Fishbein
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  212.909.6000
Facsimile:  212.909..6836
Email:  mbmukasey@debevoise.com
Email:  mfishbein@debevoise.com
Email:  egreenfield@debevoise.com

Eric J. Shames
ERIC J. SHAMES, ESQ., P.C.
301 East 79th Street, Suite 32B
New York, New York 10075
Telephone: 212.742-3104
Facsimile: 212.933.1933
Email: eshames@aol.com

SO ORDERED:

_____

Dated: _____, 2012             HON. STEFAN R. UNDERHILL

BRIDGEPORT, CONNECTICUT             UNITED STATES DISTRICT COURT JUDGE