UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, I, LTD.<br><br>                            Plaintiff,<br>      v.<br><br>LUIS LUGO AND MERICA CONSULTING, INC.,<br><br>                            Defendant. | Civil Action No. 12-cv-183 (SRU) |

**STIPULATION AMENDING 26(F) FORM AND MODIFYING CASE MANAGEMENT PLAN AND PROPOSED ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS RECEIVER'S FIRST AMENDED COMPLAINT**

WHEREAS, on February 3, 2012, John J. Carney, Esq. (the "Receiver" or "Plaintiff"), as

Receiver to the Michael Kenwood Group LLC (the "MK Group") and certain affiliated entities

(the "Receivership Entities") in *Securities and Exchange Commission v. Illarramendi, Michael*

- 1 -

*Kenwood Capital Management, LLC et al.*, C.A. No. 3:11-cv-00078 (JBA), commenced the above-captioned proceeding against Luis Lugo and Merica Consulting, Inc. ("Defendants," collectively with the Receiver, "the Parties"); and

WHEREAS, on May 29, 2012, the Parties filed the Form 26(f) Report of Parties' Planning Meeting (the "Form 26(f) Report"); and

WHEREAS, on June 4, 2012, this Court approved the 26(f) Report; and

WHEREAS, on June 29, 2012, Defendants filed a motion to dismiss; and

WHEREAS, on July 20, 2012, the Receiver filed an amended complaint against Defendants (the "First Amended Complaint"); and

WHEREAS, on July 27, 2012, the Defendants filed a motion to withdraw their motion to dismiss, with leave to refile a motion to dismiss the First Amended Complaint on or before August 29, 2012; and

WHEREAS; on July 30, 2012, the Court granted the Defendants' motion to withdraw with leave to refile; and

WHEREAS, counsel for Defendants has notified the Receiver that Defendants intend to file a motion to dismiss the Receiver's First Amended Complaint and the Parties have agreed to a briefing schedule for such motion; and

WHEREAS, the Parties have also agreed to modify the deadlines set forth in the Form 26(f) Report, to accommodate the briefing schedule for Defendants' motion to dismiss; and

WHEREAS, the Parties have agreed to postpone all relevant dates by approximately sixty (60) days, as listed below, to reflect the briefing schedule for Defendants' motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. Defendants' time to file an answer or motion addressed to the First Amended Complaint shall be on or before August 29, 2012;

2. The Receiver's time to file a response to Defendants' motion to dismiss shall be on or before October 1, 2012.

3. Defendants' time to file a reply brief shall be on or before October 15, 2012.

4. Fact witness depositions will commence by January 7, 2013 and be completed by April 8, 2014.

5. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by September 30, 2013. Depositions of Plaintiff's experts will be completed by November 18, 2013.

6. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by January 7, 2014. Depositions of Defendants' experts will be completed by February 21, 2014.

7. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. Pro. 26(b)(4) (except as specifically provided for otherwise), will commence on November 1, 2012 or after any motions to dismiss are fully briefed, whichever is later, and be completed by April 8, 2014.

8. Dispositive motions will be filed on or before April 28, 2014.

9. The joint trial memorandum required by the Standing order on Trial Memoranda in Civil Cases will be filed by June 30, 2014, unless a motion for summary judgment is pending, in which case the Joint Trial Memorandum, if any, will be due forty-five days after the Court's decision.

10. The case will be ready for trial by August 4, 2014, or 30 days after filing the Joint

Trial Memorandum, whichever is later.

11. All other dates or issues addressed in the Form 26(f) Report remain unchanged, except as noted herein.

Dated: New York, New York
August 9, 2012

| BAKER & HOSTETLER LLP | DAVID ROSEN & ASSOCIATES, P.C. |
|---|---|
| By: /s/ Jonathan B. New<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>Jonathan B. New<br>Email: jnew@bakerlaw.com<br><br>*Attorney for Receiver John J. Carney, Esq.* | By: /s/ David Rosen<br>400 Orange Street<br>New Haven, CT 06511<br>Telephone: 203.787.3513<br>Facsimile: 203.789.1605<br>David. N. Rosen<br>Email: drosen@davidrosenlaw.com<br><br>Kenneth V. Kurnos, Esq.<br>Robert V. Ward, Esq.<br>The Law Office of Kenneth V. Kurnos, P.C.<br>77 Franklin Street<br>Boston, MA  02110<br>Telephone: 617.557.4900<br>Facsimile: 617.774.9008<br>kvkurnos@kurnoslaw.com<br>rward@kurnoslaw.com<br><br>*Attorneys for Defendants Luis Lugo and Merica Consulting, Inc.* |

- 5 -

SO ORDERED:

Dated: _____, 2012          _____
         BRIDGEPORT, CONNECTICUT          HON. STEFAN R. UNDERHILL
                                          UNITED STATES DISTRICT COURT JUDGE