UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------------- x
                                        :

JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MKCM MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, I, LTD.

                   Plaintiff,

v.

JUAN S. MONTES,

                   Defendant.

12 Civ. 183 (SRU)

------------------------------------------------------------------------------- x

MOTION OF JUAN S. MONTES TO DISMISS THE AMENDED COMPLAINT
PURSUANT TO RULES 12(b)(1) AND 12(b)(6)

      Defendant Juan S. Montes hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss the claims asserted against him because the Receiver lacks standing for three separate and independent reasons. First, under the Second Circuit's <u>Wagoner</u> rule, the Receiver lacks standing to bring claims on behalf of the receivership entities stemming from wrongdoing in which those entities participated. Second, the Receiver lacks standing to bring fraudulent transfer claims because Connecticut law allows only the creditors of the transferors, and not the

23721441v1

transferors themselves, to bring such claims.  Third, the Receiver lacks standing because the receivership entities profited from the transactions at issue and therefore suffered no injury in fact.

Defendant Juan S. Montes hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims asserted against him because the alleged payments to Mr. Montes occurred more than four years before the filing of the original complaint and therefore all the Receiver's claims are time-barred.  Mr. Montes also moves to dismiss the Receiver's third and fourth causes of action pursuant to Rule 12(b)(6) because the Receiver fails to state a claim for constructive trust or accounting.

The grounds for Mr. Montes's motion to dismiss the amended complaint are more fully set forth in the memorandum of law filed herewith.

23721441v1

Dated:   New York, New York
         August 10, 2012

                        DEBEVOISE & PLIMPTON LLP

                        By :      /s/  Michael B. Mukasey_____

                        Michael B. Mukasey
                        Matthew E. Fishbein
                        Elliot Greenfield
                        919 Third Avenue
                        New York, New York 10022
                        Tel: (212) 909-6000
                        Fax: (212) 909-6836

                        HURWITZ SAGARIN SLOSSBERG & KNUFF LLC
                        David L. Belt
                        147 North Broad Street, P.O. Box 112
                        Milford, Connecticut 06460
                        Tel: (203) 877-8000
                        Fax: (203) 878-9800

                        ERIC J. SHAMES, ESQ., P.C.
                        Eric J. Shames
                        301 East 79th Street, Suite 32B
                        New York, New York 10075
                        Tel: (917) 742-3104
                        Fax: (212) 933-1433

                        Attorneys for defendant Juan S. Montes

<u>Certificate of Service</u>

This is to certify that on August 10, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

                                                      /s/ Elliot Greenfield
                                              Elliot Greenfield