$30,664,490 in Transfers to Juan S. Montes                                    Exhibit A

| Date | Fund/Entity | Counterparty | | Amount |
|---|---|---|---|---|
| **First Permuta Transaction - Part I** | | | | |
| 12/8/2006 | HVPP (HPA) | Montes (Davos International Bank Ltd.) | $ | 126,000 |
| 12/8/2006 | HVPP (HPA) | Montes (Vaduz Financial Corporation) | | 2,241,548 |
| | | | **Total:  $** | **2,367,548** |
| **First Permuta Transaction - Part II** | | | | |
| 3/22/2007 | HVPP (HPA) | Montes (East Coast Consultants Corp.) | $ | 7,658,383 |
| 3/22/2007 | HVPP (HPA) | Montes (Dobson Management Corp.) | | 1,445,183 |
| 3/22/2007 | HVPP (HPA) | Montes (Northwestern International Ltd.) | | 2,632,534 |
| | | | **Total:  $** | **11,736,100** |
| **Second Permuta Transaction** | | | | |
| 11/6/2007 | HVPP (HPA) | Montes (Hermitage Consultants Inc.) | $ | 7,296,716 |
| | | | **Total:  $** | **7,296,716** |
| **Third Permuta Transaction** | | | | |
| 11/13/2007 | HVPP (HPA) | Montes (Davos International Bank Ltd.) | $ | 2,500,000 |
| 12/6/2007 | MK SOF | Montes (Hermitage Consultants Inc.) | | 6,764,126 |
| | | | **Total:  $** | **9,264,126** |
| | | | **Grand Total:  $** | **30,664,490** |