UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, I, LTD., <br><br>                                Plaintiff, <br>v. <br><br> JUAN S. MONTES, <br><br>                                Defendant. | CIVIL ACTION NO. 12-cv-183 (SRU) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>September 11, 2012 |

**JOINT MOTION FOR ORDER ON STIPULATION EXTENDING THE TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

WHEREAS, on February 3, 2012, John J. Carney, Esq. (the "Receiver"), in his capacity as court-appointed receiver, commenced the above-captioned action by filing a complaint against Defendant Juan S. Montes;

WHEREAS, on July 11, 2012, the Court approved the parties' joint stipulation setting forth a schedule for the submission of the Receiver's First Amended Complaint, Defendant

1

Montes' time to file an answer or responsive motion to the First Amended Complaint, and allowing the Receiver to file a Second Amended Complaint without further leave of court (Docket Nos. 65 & 66);

WHEREAS, on July 11, 2012, the Receiver filed a First Amended Complaint (Docket No. 67);

WHEREAS, on August 10, 2012, Defendant Montes filed a Motion to Dismiss the First Amended Complaint (Docket No. 69);

WHEREAS, the Receiver filed a Second Amended Complaint on August 31, 2012 (Docket No. 72); and

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), Defendant Montes would have only 14 days to answer or otherwise respond to the Second Amended Complaint, and the parties agree that additional time is required to address the three new causes of action and new factual allegations asserted for the first time in the Second Amended Complaint;

THE PARTIES HEREBY JOINTLY MOVE that the Court order as follows:

1. Defendant Montes's time to file an answer or motion addressed to the Second Amended Complaint shall be extended from September 14, 2012 up to and including October 5, 2012;

2. If Defendant Montes files a dispositive motion with respect to the Second Amended Complaint, then: (i) the Receiver shall file his opposition papers on or before November 9, 2012; and (ii) Defendant Montes shall file his reply papers on or before November 30, 2012.

3. In light of the filing of the Receiver's Second Amended Complaint on August 31, 2012 (Docket No. 72), Defendant Montes's Motion to Dismiss the First Amended Complaint

23735802v3

(Docket No. 69) should he deemed withdrawn without prejudice to the filing of a motion to dismiss directed to the Receiver's Second Amended Complaint.

| | |
|---|---|
| BAKER & HOSTETLER LLP<br><br>By: /s/ Jonathan B. New<br>Jonathan B. New (phv04633)<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>Email: jnew@bakerlaw.com<br><br>*Attorney for Receiver John J. Carney, Esq.* | THE DEFENDANT<br>JUAN S. MONTES<br><br>By: /s/ David L. Belt<br>David L. Belt (ct04274)<br>HURWITZ, SAGARIN, SLOSSBERG,<br>& KNUFF LLC<br>147 North Broad Street<br>P.O. Box 112<br>Milford, Connecticut 06460-0112<br>Telephone: (203) 877-8000<br>Facsimile: (203) 878-9800<br><br>-and-<br><br>Michael B. Mukasey<br>Matthew E. Fishbein<br>Elliot Greenfield<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br>Email: mbmukasey@debevoise.com<br>Email: mfishbein@debevoise.com<br>Email: egreenfield@debevoise.com<br><br>Eric J. Shames<br>ERIC J. SHAMES, ESQ., P.C.<br>301 East 79th Street, Suite 32B<br>New York, New York 10075<br>Telephone: (212) 742-3104<br>Facsimile: (212) 933-1933<br>Email: eshames@aol.com |

23735802v3

## Certificate of Service

This is to certify that on September 11, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

                                                  /s/ David L. Belt
                                                  David L. Belt

23735802v3