UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------------- x
                                      :

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MKCM MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, I, LTD. | 3:12 Civ. 183 (SRU) |
|           Plaintiff, | |
| v. | |
| JUAN S. MONTES, | |
|           Defendant. | September 13, 2012 |

------------------------------------------------------------------------------- x

## MOTION OF JUAN S. MONTES TO WITHDRAW MOTION TO STAY DISCOVERY WITHOUT PREJUDICE

Defendant Juan S. Montes ("Montes") hereby moves pursuant to District of Connecticut Local Rule 83.6(a) to withdraw his Motion for a Protective Order to Stay Discovery Pursuant to Rule 26(c) (the "Motion to Stay") (Docket No. 70), filed on August 10, 2012, without prejudice to his filing such a motion concurrently with his motion to dismiss the Receiver's Second Amended Complaint ("SAC") on October 5, 2012.

As background, the parties previously agreed to stay all discovery and the parties obligations under Rule 26(f) until 14 days after the briefing of Mr. Montes's motion to dismiss is

completed.  (Docket Nos. 46, 51.)  On August 10, 2012, Mr. Montes filed a motion to dismiss

the Receiver's First Amended Complaint ("FAC") (Docket No. 69) and to further stay discovery

and the Rule 26(f) obligations pending adjudication by this Court of Mr. Montes' motion to

dismiss (Docket No. 70).  The basis of Mr. Montes's motion to stay was that his motion to

dismiss presented strong arguments that the Receiver lacked standing to bring the claims asserted

in the FAC and that those claims were time-barred.  If granted, the motion to dismiss would

eliminate this entire action.

On August 31, 2012, the Receiver filed the SAC and an opposition to Mr. Montes's

Motion to Stay.  (Docket Nos. 72, 73.)   After having reviewed the new causes of action and

factual allegations in the SAC, Mr. Montes believes that the most efficient course of action is to

withdraw his Motion to Stay without prejudice to filing a similar motion when he files a motion

to dismiss addressed to the SAC on October 5, 2012.  Doing so will allow Mr. Montes to revise

his motion to address the allegations and causes of actions asserted for the first time in the SAC,

as well as the arguments set forth in Mr. Montes's motion to dismiss that complaint.  For obvious

reasons, it makes little sense for the Court to consider a motion to stay that references a

superseded complaint and a motion to dismiss that the parties have jointly sought to have

withdrawn.  (Docket No. 74.)

Notwithstanding the logic of this approach, counsel for the Receiver refuses to consent to

this motion because he previously advised Mr. Montes of his plan to file the SAC and requested

that Mr. Montes withdraw his motion to stay at that time.  However, as Mr. Montes had neither

seen the SAC nor been advised of the specifics of the new allegations or causes of action that

would purportedly be included therein, Mr. Montes reasonably declined to withdraw his motion

to stay on the basis of the Receiver's representations alone.

Accordingly, Defendant Juan S. Montes respectfully requests that the Court allow the

withdrawal of his Motion for a Protective Order to Stay Discovery Pursuant to Rule 26(c)

(Docket No. 70) without prejudice to his filing such a motion concurrently with his motion to

dismiss the Second Amended Complaint on October 5, 2012.

THE DEFENDANT
JUAN S. MONTES

By:  \_/s/ David L. Belt_____
David L. Belt (ct04274)
HURWITZ, SAGARIN, SLOSSBERG,
& KNUFF LLC
147 North Broad Street
P.O. Box 112
Milford, Connecticut 06460-0112
Telephone: (203) 877-8000
Facsimile: (203) 878-9800
Email:  DBelt@hssklaw.com

-and-

Michael B. Mukasey
Matthew E. Fishbein
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
Email:  mbmukasey@debevoise.com
Email:  mfishbein@debevoise.com
Email:  egreenfield@debevoise.com

Eric J. Shames
ERIC J. SHAMES, ESQ., P.C.
301 East 79th Street, Suite 32B
New York, New York 10075
Telephone: (212) 742-3104
Facsimile: (212) 933-1933
Email: eshames@aol.com

3

23740219v2

4

## Certificate of Service

This is to certify that on September 13, 2012 a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing.  Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and

by mail to all parties that are unable to accept electronic filing.  Parties may access this filing

through the Court's electronic system.


/s/ David L. Belt
David L. Belt

23740219v2