UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------------- x
:
JOHN J. CARNEY, IN HIS CAPACITY AS COURT- :
APPOINTED RECEIVER FOR HIGHVIEW POINT :
PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK :
MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; :
MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL :
MANAGEMENT, LLC; MICHAEL KENWOOD ASSET :
MANAGEMENT, LLC; MK ENERGY AND :
INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK      :   12 Civ. 183 (SRU)
AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL :
KENWOOD CONSULTING, LLC; MK INTERNATIONAL :
ADVISORY SERVICES, LLC; MKG-ATLANTIC :
INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR :
ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MKCM :
MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; :
MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, :
I, LTD. :
:
                    Plaintiff, :
:
v. :
:
JUAN S. MONTES, :
:
                    Defendant. :
:
------------------------------------------------------------------------------- x

DECLARATION OF ELLIOT GREENFIELD IN SUPPORT OF THE MOTION OF
JUAN S. MONTES TO DISMISS THE SECOND AMENDED COMPLAINT

David L. Belt                                    Michael B. Mukasey
HURWITZ SAGARIN SLOSSBERG &                      Matthew E. Fishbein
KNUFF LLC                                        Elliot Greenfield
147 North Broad Street, P.O. Box 112             DEBEVOISE & PLIMPTON LLP
Milford, Connecticut 06460                       919 Third Avenue
                                                 New York, New York 10022
Eric J. Shames
ERIC J. SHAMES, ESQ., P.C.                       Attorneys for Juan S. Montes
301 East 79th Street, Suite 32B
New York, NY 10075

I, Elliot Greenfield, hereby declare as follows:

1. I am a member in good standing of the bar of the State of New York and admitted to the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding. I am associated with the law firm of Debevoise & Plimpton LLP, attorneys for defendant Juan S. Montes. I submit this declaration in support of Mr. Montes's Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of the Memorandum of Law in Support of Motion to Expand the Receivership filed by the Receiver on February 3, 2012 in <u>S.E.C. v. Illarramendi</u>, No. 11 Civ. 0078 (JBA), Docket No. 447.

3. Attached as Exhibit B is a true and correct copy of the Declaration of Matthew Greenblatt filed by the Receiver on February 2, 2012 in <u>S.E.C. v. Illarramendi</u>, No. 11 Civ. 0078 (JBA), Docket No. 446-1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 5, 2012

                                              /s/ Elliot Greenfield
                                              Elliot Greenfield

Certificate of Service

This is to certify that on October 5, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

                                            /s/ Elliot Greenfield
                                            Elliot Greenfield