UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; ET. AL, <br><br> Plaintiff, <br><br> v. <br><br> JUAN S. MONTES a/k/a "BLACK", <br><br> Defendant. | Case No. 12-CV-00183-SRU |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, a copy of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss filed by John J. Carney, in his capacity as Receiver, was filed electronically and served by mail on any previously served parties unable to accept electronic filing.  Notice of this filing was sent by email to parties who have appeared in this action in response to the Summons and Complaint by operation of the Court's electric filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jonathan B. New
Jonathan B. New
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
jnew@bakerlaw.com
Tel: (212) 589-4200
Fax: (212) 589-4201
*Attorney for Receiver John J. Carney*