UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------------ x
:
JOHN J. CARNEY, IN HIS CAPACITY AS COURT- :
APPOINTED RECEIVER FOR HIGHVIEW POINT :
PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK :
MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; :
MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL :
MANAGEMENT, LLC; MICHAEL KENWOOD ASSET :
MANAGEMENT, LLC; MK ENERGY AND :
INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK         :     12 Civ. 183 (SRU)
AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL :
KENWOOD CONSULTING, LLC; MK INTERNATIONAL :
ADVISORY SERVICES, LLC; MKG-ATLANTIC :
INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR :
ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MKCM :
MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; :
MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, :
I, LTD. :
:
                Plaintiff, :
:
v.                                               :     November 21, 2012
:
JUAN S. MONTES,                                  :
:
                Defendant. :
:
------------------------------------------------------------------------------ x

MOTION OF JUAN S. MONTES FOR A PROTECTIVE ORDER
TO STAY DISCOVERY PURSUANT TO RULE 26(c)

      Defendant Juan S. Montes hereby moves pursuant to Federal Rule of Civil Procedure 26(c) to stay discovery and the parties' obligations under Rule 26(f) until twenty (20) days after the Court decides Mr. Montes's motion to dismiss the second amended complaint.  Mr. Montes's motion to dismiss, which is potentially dispositive of the entire action, addresses fundamental deficiencies in all of the causes of action asserted by the Receiver, including that the Receiver lacks standing under federal and state law and that certain of the Receiver's claims are time-

barred.  Discovery in this matter would be burdensome and expensive, as the Receiver's allegations relate to transactions that purportedly took place in Venezuela six years ago, and any relevant documents would be in Spanish.

The grounds for Mr. Montes's motion to stay discovery are more fully set forth in the memorandum of law filed herewith.

        DEBEVOISE & PLIMPTON LLP

        By :      /s/ Elliot Greenfield

        Michael B. Mukasey
        Matthew E. Fishbein
        Elliot Greenfield
        919 Third Avenue
        New York, New York 10022
        Tel: (212) 909-6000
        Fax: (212) 909-6836

        HURWITZ SAGARIN SLOSSBERG & KNUFF LLC
        David L. Belt
        147 North Broad Street, P.O. Box 112
        Milford, Connecticut 06460
        Tel: (203) 877-8000
        Fax: (203) 878-9800

        ERIC J. SHAMES, ESQ., P.C.
        Eric J. Shames
        301 East 79th Street, Suite 32B
        New York, New York 10075
        Tel: (917) 742-3104
        Fax: (212) 933-1433

        Attorneys for defendant Juan S. Montes

Certificate of Service

This is to certify that on November 21, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

      /s/ Elliot Greenfield
      Elliot Greenfield