UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------------- x
                                                                                             :

JOHN J. CARNEY, IN HIS CAPACITY AS COURT-      :
APPOINTED RECEIVER FOR HIGHVIEW POINT        :
PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK :
MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.;    :
MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL :
MANAGEMENT, LLC; MICHAEL KENWOOD ASSET        :
MANAGEMENT, LLC; MK ENERGY AND                            :
INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK              :      12 Civ. 183 (SRU)
AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL  :
KENWOOD CONSULTING, LLC; MK INTERNATIONAL    :
ADVISORY SERVICES, LLC; MKG-ATLANTIC               :
INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR      :
ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MKCM        :
MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; :
MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, :
I, LTD.                                                                                :

                    Plaintiff,                                           :

v.                                                                                          :
                                                                                        :      November 21, 2012
JUAN S. MONTES,                                                :

                    Defendant.                                        :
-------------------------------------------------------------------------- x

DECLARATION OF ELLIOT GREENFIELD IN SUPPORT OF
THE MOTION OF JUAN S. MONTES
<u>FOR A PROTECTIVE ORDER TO STAY DISCOVERY</u>

I, Elliot Greenfield, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.  I am associated with the law firm of Debevoise & Plimpton LLP, attorneys for defendant Juan S. Montes.  I have personal knowledge of the facts set forth below and

respectfully submit this declaration in support of Mr. Montes's Motion for a Protective Order to Stay Discovery.

2. In accordance with District of Connecticut Local Rule 37, I have conferred with counsel for the Receiver in an effort in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court, and have been unable to reach such an agreement.

I declare under penalty of perjury that the foregoing is true and correct.

      /s/ Elliot Greenfield
      Elliot Greenfield

Certificate of Service

This is to certify that on November 21, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

              /s/ Elliot Greenfield
              Elliot Greenfield