UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| John J. Carney, In his Capacity as Court-Appointed Receiver for Highview Point Partners, LLC; Michael Kenwood Group, LLC; MK Master Investments LP; MK Investments, LTD.; MK Oil Ventures LLC; Michael Kenwood Capital Management, LLC; Michael Kenwood Asset Management, LLC; MK Energy and Infrastructure, LLC; MKEI Solar, LP; MK Automotive, LLC; MK Technology, LLC; Michael Kenwood Consulting, LLC; MK International Advisory Services, LLC; MKG-Atlantic Investment, LLC; Michael Kenwood Nuclear Energy, LLC; Mytcart, LLC; Tuol, LLC; MKCM Merger Sub, LLC; MK Special Opportunity Fund; MK Venezuela, LTD.; Short Term Liquidity Fund, I, LTD.<br>　　　　Plaintiff,<br><br>　　v.<br><br>Juan S. Montes,<br>　　　　Defendant. | No. 3:12cv00183 (SRU) |

**CONFERENCE MEMORANDUM AND ORDER**

On January 4, 2013, I held a telephone conference with Jonathan B. New and Robertson D. Beckerlegge, attorneys for the plaintiff, John J. Carney, and Elliot Greenfield, Erik Shames, and David L. Belt, attorneys for the defendant, Juan S. Montes ("Montes"). The purpose of the conference was to address Montes's motion for a protective order to stay discovery (doc. #87).

After a brief discussion with counsel, the parties agreed to hold a Rule 26(f) conference and agreed to a calendar date for a hearing on Montes's motion to dismiss the second amended complaint (doc. #80). That hearing is currently scheduled for January 31, 2013 at 4:00 p.m.

The parties also agreed to proceed with discovery, if necessary, after defendant's motion to dismiss has been decided.

Accordingly, the parties will confer and hold a Rule 26(f) conference. Montes's motion for a protective order to stay discovery is denied without prejudice to renewal and without prejudice to proceeding in the manner described above.

It is so ordered.

Dated at Bridgeport, Connecticut, this 7th day of January 2013.

/s/Stefan R. Underhill
Stefan R. Underhill
United States District Judge