UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------------- x
:
JOHN J. CARNEY, IN HIS CAPACITY AS COURT- :
APPOINTED RECEIVER FOR HIGHVIEW POINT :
PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK :
MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; :
MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL :
MANAGEMENT, LLC; MICHAEL KENWOOD ASSET :
MANAGEMENT, LLC; MK ENERGY AND :
INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK :   12 Civ. 183 (SRU)
AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL :
KENWOOD CONSULTING, LLC; MK INTERNATIONAL :
ADVISORY SERVICES, LLC; MKG-ATLANTIC :
INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR :
ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MKCM :
MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; :
MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, :
I, LTD. :
:
         Plaintiff,                :
                                   :
v.                                 :   September 16, 2013
                                   :
JUAN S. MONTES,                    :
                                   :
         Defendant.                :
                                   :
------------------------------------------------------------------------------- x

MOTION OF JUAN S. MONTES FOR A PROTECTIVE ORDER
TO STAY DISCOVERY PURSUANT TO RULE 26(c)

Defendant Juan S. Montes hereby moves pursuant to Federal Rule of Civil Procedure 26(c) to stay discovery until the Court decides Mr. Montes's motion to dismiss the second amended complaint. Mr. Montes's motion to dismiss, which is potentially dispositive of the entire action, addresses fundamental deficiencies in all of the causes of action asserted by the Receiver, including that the Receiver lacks standing under federal and state law and that certain

23969193v01

of the Receiver's claims are time-barred. Discovery in this matter would be burdensome and expensive, and the Receiver will not be prejudiced the requested stay.

The grounds for Mr. Montes's motion to stay discovery are more fully set forth in the memorandum of law filed herewith.

>DEBEVOISE & PLIMPTON LLP
>
>By : _____/s/ Elliot Greenfield_____
>
>Michael B. Mukasey
>Matthew E. Fishbein
>Elliot Greenfield
>919 Third Avenue
>New York, New York 10022
>Tel: (212) 909-6000
>Fax: (212) 909-6836
>
>HURWITZ SAGARIN SLOSSBERG & KNUFF LLC
>David L. Belt
>147 North Broad Street, P.O. Box 112
>Milford, Connecticut 06460
>Tel: (203) 877-8000
>Fax: (203) 878-9800
>
>ERIC J. SHAMES, ESQ., P.C.
>Eric J. Shames
>301 East 79th Street, Suite 32B
>New York, New York 10075
>Tel: (917) 742-3104
>Fax: (212) 933-1433
>
>Attorneys for defendant Juan S. Montes

<u>Certificate of Service</u>

This is to certify that on September 16, 2013 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

       /s/ Elliot Greenfield
Elliot Greenfield

23969193v01