UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; ET. AL,<br><br>Plaintiff,<br><br>v.<br><br>JUAN S. MONTES a/k/a "BLACK",<br><br>Defendant. | Case No. 12-CV-00183-SRU<br><br><br><br><br><br>February 6, 2014 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw the appearance of **Christina H. Tsesmelis, Esq**. (PHV02440) on behalf of John J. Carney, in his capacity as Receiver, (the "Receiver") in the referenced matter. There is good cause for the court to grant this Motion in that Ms. Tsesmelis has left the firm of Baker & Hostetler LLP. The Receiver continues to be represented by the undersigned, Jonathan B. New of Baker & Hostetler LLP, who has previously entered an appearance in this case.

**WHEREFORE**, the undersigned hereby moves that the appearance of Christina H. Tsesmelis, Esq. be withdrawn.

Dated: February 6, 2014                                   Respectfully submitted,

                                                  **BAKER & HOSTETLER LLP**

                                                  /s/ Jonathan B. New
Jonathan B. New (PHV04633)
45 Rockefeller Plaza
New York, NY 10111
jnew@bakerlaw.com
Tel:  212.589.4200
Fax:  212.589.4201
*Attorneys for Receiver John J. Carney*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; ET. AL, | Case No. 12-CV-00183-SRU |
| Plaintiff, | |
| v. | |
| JUAN S. MONTES a/k/a "BLACK", | |
| Defendant. | February 6, 2014 |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2014, a copy of the *Motion to Withdraw Appearance of Christina H. Tsesmelis, Esq.* filed by John J. Carney, in his capacity as Receiver, was filed electronically and served by mail on any previously served parties unable to accept electronic filing. Notice of this filing was sent by email to parties who have appeared in this action in response to the Summons and Complaint by operation of the Court's electric filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: February 6, 2014            /s/ Jonathan B. New
                                   Jonathan B. New (PHV04633)
                                   **BAKER & HOSTETLER LLP**
                                   45 Rockefeller Plaza
                                   New York, NY 10111
                                   jnew@bakerlaw.com
                                   Tel: (212) 589-4200
                                   Fax: (212) 589-4201
                                   *Attorneys for Receiver John J. Carney*