UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------------- x
JOHN J. CARNEY, IN HIS CAPACITY AS COURT-
APPOINTED RECEIVER FOR HIGHVIEW POINT
PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK
MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.;
MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL
MANAGEMENT, LLC; MICHAEL KENWOOD ASSET
MANAGEMENT, LLC; MK ENERGY AND
INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK
AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL
KENWOOD CONSULTING, LLC; MK INTERNATIONAL
ADVISORY SERVICES, LLC; MKG-ATLANTIC
INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR
ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MKCM
MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND;
MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND,
I, LTD.

                            Plaintiff,

v.

JUAN S. MONTES,

                            Defendant.
------------------------------------------------------------------------------- x

12 Civ. 183 (SRU)

August 6, 2014

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

      Plaintiff John J. Carney, as court-appointed Receiver for Highview Point Partners, LLC, Michael Kenwood Group LLC et al. ("Receiver") and defendant Juan S. Montes (collectively, the "Parties") hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) to the dismissal with prejudice of all of the Receiver's claims against Mr. Montes in the above captioned matter.

      The Parties further agree to withdraw as moot any and all pending motions in the above-captioned matter, including Plaintiff's Motion to Compel Discovery Responses (dkt. #111) and

Defendant's Motion to Certify the February 21, 2014 Order for Appeal Pursuant to 28 U.S.C. § 1292(b) and for a Stay of Proceedings Pending Appeal (dkt. #122).  Each party agrees to bear its own costs, attorney fees, and expenses.

Respectfully Submitted,

PLAINTIFF JOHN J. CARNEY, ESQ. IN HIS CAPACITY AS COURT-APPOINTED RECEIVER

BAKER & HOSTETLER

By:      /s/ Jonathan B. New

45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Jonathan B. New
Email: jnew@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Naima J. Garvin
Email: ngarvin@bakerlaw.com

*Attorneys for Receiver John J. Carney, Esq.*

DEFENDANT JUAN S. MONTES

DEBEVOISE & PLIMPTON LLP

By :      /s/ Elliot Greenfield

Michael B. Mukasey (mbmukasey@debevoise.com)
Matthew E. Fishbein (mefishbein@debevoise.com)
Elliot Greenfield (egreenfield@debevoise.com)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

ERIC J. SHAMES, ESQ., P.C.
Eric J. Shames
301 East 79th Street, Suite 32B
New York, New York 10075
Tel: (917) 742-3104
Fax: (212) 933-1433

HURWITZ SAGARIN SLOSSBERG & KNUFF LLC
David L. Belt
147 North Broad Street, P.O. Box 112
Milford, Connecticut 06460
Tel: (203) 877-8000
Fax: (203) 878-9800


*Attorneys for defendant Juan S. Montes*

4

<u>Certificate of Service</u>

This is to certify that on August 6, 2014 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

        /s/ Elliot Greenfield
        Elliot Greenfield